· KENNEDY, sheriff, *v.* KICKLIGHTER; *et vice versa.*
KNIGHT *v.* BANKS.

PER CURIAM. Under the provisions of the act approved August 16, 1915 (Acts 1915, p. 117), entitled "An act to amend an act establishing the city court of Reidsville," relative to the selection of jurors, the number of jurors, etc., the city court of Reidsville is not a court

from which a writ of error will lie directly to the Supreme Court or to the Court of Appeals. *Ash* v. *People's Bank of Oliver*, 149 *Ga.* 713 (101 S. E. 912). Consequently the writs of error in the cases above stated must be dismissed.

*Writs of error dismissed.  All the Justices concur.*

Nos. 1608, 1609, 1620.  MAY 18, 1920.

Writs of error; from city court of Reidsville.

*J. Saxton Daniel, solicitor-general,* for Kennedy, sheriff.

*C. W. Turner,* for Kicklighter.

*H. H. Elders* and *Collins & Stanfield,* for Knight.

*A. S. Way* and *J. T. Grice,* for Banks.